BROWNSTEIN HYATT FARBER SCHRECK, P.C.
Andrew S. Brignone, Nevada Bar No. 751
Adam P. Segal, Nevada Bar No. 6120
Michael V. Infuso, Nevada Bar No. 7388
Nathan T.H. Lloyd, Esq., Nevada Bar No. 9106
300 South Fourth Street, Ste. 1200
Las Vegas, Nevada 89101
Off:   (702) 382-2101
Fax:   (702) 382-8135
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST; AND TRUSTEES OF THE NEVADA RESORT ASSOCIATION – INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 WAGE DISABILITY TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> COPPER CREEK STUDIOS, INC., a Nevada corporation; and JOHN SALTONSTALL, II, an individual, <br><br> Defendants. | Case No.2:07-CV-00241-KLD-GWF <br><br><br> **STIPULATION TO ENTRY OF JUDGMENT** |

BROWNSTEIN HYATT FARBER SCHRECK
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

1

Trustees of the Nevada Resort Association – International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust; and Trustees of the Nevada Resort Association – International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Wage Disability Trust (collectively referred to as "IATSE Joint Trust Funds"), and Copper Creek Studios, Inc. a Nevada corporation and John Saltonstall, II, ("Saltonstall") (collectively referred to as "Copper Creek") through their counsel and attorneys of record, hereby stipulate as follows:

WHEREAS, the IATSE Joint Trust Funds' Motion to Entry of Judgment was filed on February 26, 2007;

WHEREAS, Copper Creek's Response to the Motion for Entry of Judgment was filed on March 16, 2007;

WHEREAS, the IATSE Joint Trust Funds' Reply in Support of Motion for Entry of Judgment was filed on March 28, 2007;

WHEREAS, the IATSE Joint Trust Funds' Motion for Entry of Judgment is before this Court, the parties wish to resolve the Motion for Entry of Judgment by entering this Stipulation to Entry of Judgment;

WHEREFORE, the IATSE Joint Trust Funds, Copper Creek and Saltonstall stipulate to judgment under 29 U.S.C. §1001 et seq. of the Employee Retirement Income Security Act of 1974 ("ERISA") as follows:

1.    The stipulated judgment shall be in favor of IATSE Joint Trust Funds and against Copper Creek and Saltonstall in the total sum of Two Hundred Thirty Thousand

BROWNSTEIN HYATT FARBER SCHRECK
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

2

Seven Hundred Ninety Four and 76/100 Dollars ($230,794.76), representing delinquent employee benefits, liquidated damages, interest, attorneys' fees and costs, and less payment received from Copper Creek.

2.    This Stipulation to Entry of Judgment is for a debt justly due to the IATSE Joint Trust Funds under ERISA and arising out of the following facts:

3.    Copper Creek is signatory to and bound by the terms of the Labor Agreement and the Trust Agreements establishing the IATSE Joint Trust Funds.

4.    Under these Agreements, Copper Creek is obligated to pay employee benefits to the IATSE Joint Trust Funds on behalf of Copper Creek's bargaining unit employees represented by the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 or its affiliated locals.

5.    Based on remittance reports that Copper Creek submitted for the months of December, 2003 through February, 2004, April, 2004 through August, 2005, and April, 2006 through March, 2007, Copper Creek is delinquent in payment of employee benefits and resulting ancillary costs to the IATSE Joint Trust Funds.

6.    Copper Creek is delinquent to the IATSE Joint Trust Funds for employee benefits totaling Two Hundred Sixteen Thousand Eight Hundred Fifty Two and 37/100 Dollars ($216,852.37), liquidated damages of Forty Three Thousand Three Hundred Seventy and 47/100 Dollars ($43,370.47), past interest at 18% in the amount of Forty Five Thousand Two Hundred Sixty One and 66/100 Dollars ($45,261.66), past attorneys' fees and costs in the amount of Twelve Thousand Four Hundred Thirty Three and 90/100

BROWNSTEIN HYATT FARBER SCHRECK
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

Dollars ($12,433.90), and less payments received from Copper Creek totaling Eighty Seven Thousand One Hundred Twenty Three and 64/100 Dollars ($87,123.64) for a total of Two Hundred Thirty Thousand Seven Hundred Ninety Four and 76/100 Dollars ($230,794.76).

7.   Saltonstall has guaranteed and agreed to be liable for Copper Creek's delinquencies to the IATSE Joint Trust Funds, totaling $230,794.76.

///

///

///

///

///

BROWNSTEIN HYATT FARBER SCHRECK
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

4

8.     The foregoing is for a debt justly due and owing by Copper Creek and Saltonstall to the IATSE Joint Trust Funds under 29 U.S.C. §1001 et seq. "ERISA."

Dated: August 14, 2007.                    Dated: August 14, 2007.

BROWNSTEIN HYATT FARBER          CALLISTER & REYNOLDS
SCHRECK, P.C.


/s/ Michael V. Infuso                         /s/ Matthew Q. Callister
Michael V. Infuso, Esq.                      Matthew Q. Callister, Esq.
Nevada Bar No. 7388                          Nevada Bar No. 1396
300 South Fourth Street, Suite 1200          Jonathan C. Callister, Esq.
Las Vegas, Nevada 89101                      Nevada Bar No. 8011
                                             823 Las Vegas Boulevard South
                                             Las Vegas, Nevada  89101


Attorneys for Plaintiffs                     Attorneys For Defendants



                                             **ORDER**

          **IT IS SO ORDERED.**

                                             _____
                                             **United States District Judge / Magistrate**


                                             **Date**  AUGUST 15, 2007
                                                      _____
                                             **Case No.  2:07-CV-00241-KLD-GWF**

BROWNSTEIN HYATT FARBER SCHRECK
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

5